[No. 65021-1-I.   Division One.   April 18, 2011.]

GRETCHEN WEBER, *Appellant*, v. BUDGET TRUCK RENTAL, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-30068-4, Michael Hayden, J., entered February 16, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ. Now published at 162 Wn. App. 5.

[No. 65029-7-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY DEE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01638-5, Larry E. McKeeman, J., entered March 1, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Becker and Schindler, JJ.

[No. 65109-9-I.   Division One.   April 18, 2011.]

SQUIRRELS NEST II, LLC, *Appellant*, v. FISHER BROADCASTING—SEATTLE TV, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-26204-7, Laura C. Inveen, J., entered February 23, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Ellington, JJ.

[No. 65312-1-I.   Division One.   April 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. K.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-04132-8, Julia Garratt, J. Pro Tem., entered March 25, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.